# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party | Party Type | Attorney(s) |
   |---|---|---|
   | Gerald Bollfrass | Plaintiff | Mark W. Horne, #029449<br>Horne Law, PLLC<br>3001 E. Camelback Road, Suite 130<br>Phoenix, Arizona 85016<br>602-320-0061 |
   | Frank Czyzewski | Plaintiff | Mark W. Horne, #029449<br>Horne Law, PLLC<br>3001 E. Camelback Road, Suite 130<br>Phoenix, Arizona 85016<br>602-320-0061 |
   | City of Phoenix | Defendant | Kathleen L. Wieneke, #011139<br>Christina G. Retts, #023798<br>Wieneke Law Group, PLC<br>1096 W Rio Salado Parkway, Suite 209<br>Tempe, Arizona 85281<br>602-715-1868 |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ○   No ●
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ○   No ●
   If "Yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

   | Party | Date Served | Method of Service |
   |---|---|---|
   | James Navarrette | 05/17/2019 | Personal service. |
   | Donna Magaard | 05/17/2019 | Personal service |
   | City of Phoenix | 05/17/2019 | Person service on authorized agent. |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

   | Party | Reason Not Served |
   |---|---|
   | Angela Hogan | Unknown. |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

   | Party | Reason for Change |
   |---|---|
   | | |
   | | |
   | | |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claims |
   |---|---|
   | Gerald Bollfrass | Claims pursuant to 43 USC 1983, 42 USC 3601, et seq and 42 USC 1437, et seq. |
   | Frank Czyzewski | Claims pursuant to 43 USC 1983, 42 USC 3601, et seq and 42 USC 1437, et seq. |
   | | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.  **Style of the Case:**
    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| City of Phoenix Housing Department | Plaintiff | Kathleen L. Wieneke, #011139<br>Christina G. Retts, #023798<br>Wieneke Law Group, PLC<br>1096 W Rio Salado Parkway, Suite 209<br>Tempe, Arizona 85281<br>602-715-1868 |
| Dina Fernandez | Defendant | Kathleen L. Wieneke, #011139<br>Christina G. Retts, #023798<br>Wieneke Law Group, PLC<br>1096 W Rio Salado Parkway, Suite 209<br>Tempe, Arizona 85281<br>602-715-1868 |
| Veronica Grittman | Defendant | Kathleen L. Wieneke, #011139<br>Christina G. Retts, #023798<br>Wieneke Law Group, PLC<br>1096 W Rio Salado Parkway, Suite 209<br>Tempe, Arizona 85281<br>602-715-1868 |

2.  **Jury Demand:**
    Was a Jury Demand made in another jurisdiction?   Yes ◯   No ●
    If "Yes," by which party and on what date?

3.  **Answer:**
    Was an Answer made in another jurisdiction?   Yes ◯   No ●
    If "Yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

   | Party | Date Served | Method of Service |
   |---|---|---|
   | City of Phoenix Housing Department | 05/17/2019 | Personal service on authorized agent. |
   | Julie Bosshart | 05/21/2019 | Personal service. |
   | Dina Fernandez | 05/21/2019 | Personal service. |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

   | Party | Reason Not Served |
   |---|---|
   | Angela Hogan | Unknown. |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

   | Party | Reason for Change |
   |---|---|
   | | |
   | | |
   | | |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claims |
   |---|---|
   | Gerald Bollfrass | Claims pursuant to 43 USC 1983, 42 USC 3601, et seq and 42 USC 1437, et seq. |
   | Frank Czyzewski | Claims pursuant to 43 USC 1983, 42 USC 3601, et seq and 42 USC 1437, et seq. |
   | | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party | Party Type | Attorney(s) |
   |---|---|---|
   | Julie Bosshart | Plaintiff | Kathleen L. Wieneke, #011139<br>Christina G. Retts, #023798<br>Wieneke Law Group, PLC<br>1096 W Rio Salado Parkway, Suite 209<br>Tempe, Arizona 85281<br>602-715-1868 |
   | James Navarrette | Defendant | Kathleen L. Wieneke, #011139<br>Christina G. Retts, #023798<br>Wieneke Law Group, PLC<br>1096 W Rio Salado Parkway, Suite 209<br>Tempe, Arizona 85281<br>602-715-1868 |
   | Angela Hogan | Defendant | Kathleen L. Wieneke, #011139<br>Christina G. Retts, #023798<br>Wieneke Law Group, PLC<br>1096 W Rio Salado Parkway, Suite 209<br>Tempe, Arizona 85281<br>602-715-1868 |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ◯   No ◉
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ◯   No ◉
   If "Yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Veronica Grittman | 05/21/2019 | Personal service. |
| | | |
| | | |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Angela Hogan | Unknown. |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| | |
| | |
| | |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Gerald Bollfrass | Claims pursuant to 43 USC 1983, 42 USC 3601, et seq and 42 USC 1437, et seq. |
| Frank Czyzewski | Claims pursuant to 43 USC 1983, 42 USC 3601, et seq and 42 USC 1437, et seq. |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Donna Magaard | Defendant | |
| | | |
| | | |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ◯   No ⦿
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ◯   No ⦿
   If "Yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

   | Party | Date Served | Method of Service |
   |-------|-------------|-------------------|
   |       |             |                   |
   |       |             |                   |
   |       |             |                   |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

   | Party | Reason Not Served |
   |-------|-------------------|
   |       |                   |
   |       |                   |
   |       |                   |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

   | Party | Reason for Change |
   |-------|-------------------|
   |       |                   |
   |       |                   |
   |       |                   |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claims |
   |-------|--------|
   | Gerald Bollfrass | Claims pursuant to 43 USC 1983, 42 USC 3601, et seq and 42 USC 1437, et seq. |
   | Frank Czyzewski | Claims pursuant to 43 USC 1983, 42 USC 3601, et seq and 42 USC 1437, et seq. |
   |       |        |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**